UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

January 26, 2011

TO ALL COUNSEL OF RECORD

Re. *Nelson v. Zwicker & Associates, P.C.*, JKB-10-1753

Dear Counsel:

The Court has reviewed the submissions in response to the scheduling order's requirement of a status report at the close of discovery on January 20, 2011. The discovery deadline is extended to February 28, 2011.

Apart from the extension, the Court is troubled by the content of the status reports. First, Plaintiff's report is incomplete; it does not contain all of the elements set forth on page 4 of the scheduling order (ECF No. 6). Second, Defendant's report, while in proper form, suggests that counsel are not conducting discovery according to the expectations of the Court. Counsel should review Local Rule 104 and Appendix A to the Local Rules and incorporate what is expressed therein into the proceedings of this case. I also call your attention to the attachment to the scheduling order; that memorandum offered an informal means of resolving discovery disputes, if necessary. I follow a similar approach; although, I caution counsel to reserve this mechanism only for disputes that counsel are unable to resolve themselves. On **February 28**, please file an updated status report that includes all points required by the scheduling order.

Despite the informal nature of this letter, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

James K. Bredar
United States District Judge

JKB/jh